1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH MUELLER,            )<br>                           )<br>    Petitioner,          )<br>                           )<br>    v.                     )<br>                           )<br>BEN CURRY, Acting Warden,  )<br>                           )<br>    Respondent.            )<br>_____ ) | No. C 06-6980 CRB (PR)<br><br>ORDER<br><br>(Doc # 5) |

    Petitioner's request for reconsideration of the court's December 21, 2006 order of dismissal for failure to pay the requisite $5.00 filing fee or submit an in forma pauperis application within the allotted time is denied.

    Petitioner is reminded that the dismissal was without prejudice.  He is free to file a new petition accompanied by the requisite filing fee or an in forma pauperis application, or with proof that the filing fee was paid already.

SO ORDERED.

DATED:   Feb. 13, 2007              _____
                                            CHARLES R. BREYER
                                            United States District Judge